**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **No. 3:25-CV-00777** |
| | § | |
| **MANUEL COMPEAN,** | § | |
| | § | |
| **Defendant** | § | |

## COMPLAINT

Plaintiff United States of America brings this civil action against Defendant Manuel Compean to enforce a debt.

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2.     The Court may exercise personal jurisdiction over Defendant Manuel Compean because Defendant is an individual residing in Dallas County, Texas, within the Northern District of Texas.

3.     Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant resides in this district and a substantial part of the events giving rise to the debt occurred in this district.

## PARTIES

4.      Plaintiff is the United States of America, acting on behalf of the United States Department of Labor, Occupational Safety and Health Administration ("OSHA").

5.      Defendant Manuel Compean is an individual who resides in Dallas County, Texas.

## THE DEBT

6.      On November 3, 2020, OHSA conducted an inspection of Defendant's operations at a job site in Heath, Texas.  *See* Citation and Notification of Penalty, attached as Exhibit A and incorporated by reference.

7.      On or about November 19, 2020, OSHA assessed civil penalties against the Defendant for workplace safety violations under the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651 *et seq.*, and its implementing regulations.  *Id.*

8.      Specifically, pursuant to its authority in 29 U.S.C. § 666, OHSA issued one citation for four penalties related to Defendant's failure to (1) require employees to wear helmets, (2) provide employees with necessary eye and face protective equipment, (3) protect employees with the required fall arrest systems, and (4) provide employees with ladders of the required length—totaling $15,036.00.  *See* Exhibit A, at 11-14.

9.    To date, OSHA has collected two payments from the Defendant totaling $712.25.  Of that amount, $0.00 was applied to the principal, while the remainder has been applied to interest, penalties and fees.

10.    Defendant owes the United States $26,245.28, which includes a principal amount of $15,036.00, plus administrative fees, penalties (accruing at a rate of 6% per annum), and interest (accruing at a rate of 1% per annum) in the amount of $11,209.28 through March 27, 2025.  *See* Certificate of Indebtedness, attached as Exhibit B and incorporated by reference.

## DEMAND

The United States respectfully requests judgment against Defendant Manuel Compean in the amount of $26,245.28.  The United States further requests additional prejudgment interest, prejudgment penalty and administrative fees as allowed by law through the date of judgment, post-judgment interest, its costs of suit and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By _____
    Doug W. Ray
    State Bar No. 16599200

RAY & WOOD
300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**U.S. Department of Labor**    Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250

Richardson, TX 75081



11/19/2020

Manuel Compean
and its successors
2225 Crystal Drive
Balch Springs, TX 75180

Dear Employer:

Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (972) 952-1330.

You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.

As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**EXHIBIT A**

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Basil Singh**
Area Director

Enclosures

**EXHIBIT A**

**U.S. Department of Labor**   Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250,
Richardson
TX 75081



11/19/2020

Manuel Compean
and its successors
2225 Crystal Drive
Balch Springs, TX 75180

Dear Employer,

The recent inspection of your workplace revealed no instances of Repeated, Willful, or Failure-To-Abate violations, nor were there a significant number of High Gravity Serious violations. Additionally, the compliance officer has reported that you have a good understanding of the actions necessary to correct the violations cited, and that you are willing to make those corrections by the date(s) specified in the attached citation. These factors, along with the good faith you have exhibited, make your firm eligible for an Expedited Informal Settlement Agreement (EISA). Under this program, an employer and OSHA can enter into an Informal Settlement Agreement without going through the formal procedure of meeting in the Area Office. However, if you decide to enter into the EISA, you should be aware that you relinquish your right to contest the citations and penalties of this inspection.

The EISA can be used only where the sole issue of dispute is the dollar amount of proposed penalties. If you wish to discuss, change, or object to any other aspect of the inspection or citations -- including abatement dates, validity of violations, classification of violations -- then the EISA cannot be used. Under those circumstances, you may request an Informal Conference with me and/or exercise your contest rights as explained elsewhere.

You should carefully read the enclosed EISA to determine whether the terms of the agreement are acceptable to you. Key elements of the agreement call for OSHA to agree to a 40 percent reduction in the total penalty amount proposed; for the Employer to correct the violations by the abatement date(s) set forth in the citation(s); for the Employer to provide evidence of corrective actions taken and to provide written certification that all items have been abated at the time of final abatement. (The Certification Correction Action Worksheet is attached to the Citation and Notification of Penalty.) Please note that failure to comply with any of the terms set forth in the agreement will cause the penalty to revert to the initially proposed amount.

The signed agreement and a check for the full amount of the reduced penalty must be delivered to the Area Office prior to the expiration of the 15-working day contest period. If mailed, the letter must be postmarked no later than the day that the 15-working day contest period ends.

If you have any questions regarding the EISA, please contact this office at (972) 952-1330.

Sincerely,


Basil Singh
Area Director


**EXHIBIT A**

IN THE MATTER OF: Manuel Compean
OSHA INSPECTION # 1501108
ISSUED: 11/19/2020


EXPEDITED INFORMAL SETTLEMENT AGREEMENT


The undersigned EMPLOYER and the undersigned Occupational Safety and Health Administration, (OSHA), in settlement of the above referenced Citation(s) and Notification(s) of Penalty, which were issued on , hereby agree as follows:

1. The EMPLOYER agrees to correct the violations as cited in the above referenced citations.

2. The EMPLOYER agrees to provide evidence of the actions taken to correct the cited violations.

3. Upon correction of all violations, the EMPLOYER agrees to provide written certification to the Area Director that all of the violations have been corrected. The EMPLOYER agrees to post a copy of the written certification for a period of three days in the place the citations were posted as described in paragraph 6 of this AGREEMENT.

4. OSHA agrees that the total penalty is amended to $9,021.60. Failure of the EMPLOYER to comply with the terms of this AGREEMENT shall cause the penalty to revert to the initially proposed penalty of $15,036.00.

5. In consideration of the foregoing amendments and/or modifications to the citations, the EMPLOYER hereby waives its right to contest said citations pursuant to Section 10(c) of the Occupational Safety and Health Act of 1970. It is understood and agreed by the Occupational Safety and Health Administration and the EMPLOYER that the citations as amended and/or modified by this agreement shall be deemed a final order not subject to review by any court or agency.

6. The EMPLOYER agrees to immediately post a copy of this Settlement Agreement in the same manner and place as the Citations (Citations are required by law to be posted in a prominent place at or near the location of the violations). Citations must remain posted until the violations cited have been corrected, or for three working days (excluding weekends and Federal Holidays, whichever is longer.)

7. Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.


_____
Company Official and Title

_____
Basil Singh
Area Director


_____
Date Signed

_____
Date Signed


**EXHIBIT A**

NOTICE TO EMPLOYEES

The law gives you and your representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable. Any contest of the abatement dates of the citations referred to in paragraph 1 of this Settlement Agreement must be mailed to the address below within 15 working days (excluding weekends and Federal Holidays) of the receipt by the Employer of the original citations:

**U.S. Department of Labor**
**Occupational Safety and Health Administration**
1100 East Campbell Road, Suite 250
Richardson, TX 75081
(972) 952-1330 (972) 952-1338

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250

Richardson, TX 75081



## Citation and Notification of Penalty

To:
Manuel Compean /
and its successors
2225 Crystal Drive,
Balch Springs, TX 75180

**Inspection Site:**
3084 Maverick Drive,
Heath, TX 75032

**Inspection Number**: 1501108
**Inspection Date(s)**: 11/03/2020-11/03/2020
**Issuance Date:**    11/19/2020

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (972) 952-1330. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**EXHIBIT A**

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "OSHA" in the Search field and select Search. From OSHA Penalty Payment Form search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that

**EXHIBIT A**

he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities**    The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

11/19/2020. The conference will be held by telephone or at the OSHA office located at 1100

East Campbell Road, Suite 250 Richardson, TX 75081 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

**EXHIBIT A**

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1501108**

Company Name: Manuel Compean /
Inspection Site: 3084 Maverick Drive, Heath, TX 75032
Issuance Date: 11/19/2020

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1100 East Campbell Road, Suite 250 Richardson, TX 75081.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____        _____
Signature                               Date

_____        _____
Typed or Printed Name                   Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1501108
**Inspection Date(s):** 11/03/2020 - 11/03/2020
**Issuance Date:** 11/19/2020



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Manuel Compean
**Inspection Site:** 3084 Maverick Drive Heath, TX  75032

---

<u>Citation 1 Item 1</u>    Type of Violation: **Serious**

29 CFR 1926.100(a): Employees working in areas where there was a possible danger of head injury from impact, or falling or flying objects, or from electrical shock and burns, were not protected by protective helmets:

(a) This violation occurred on or about November 3, 2020, at the job-site located at 3084 Maverick Drive Heath, TX; where employees were doing decking a new residential single family house and were exposed to head injuries where overhead hazard exists by not wearing hard hats.

Date By Which Violation Must be Abated:         December 16, 2020
Proposed Penalty:                                            $3,470.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                 Page 11 of 16                                 OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1501108
**Inspection Date(s):** 11/03/2020 - 11/03/2020
**Issuance Date:** 11/19/2020



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Manuel Compean
**Inspection Site:** 3084 Maverick Drive Heath, TX  75032

---

<u>Citation 1 Item 2</u>     Type of Violation: **Serious**

29 CFR 1926.102(a)(1): Employees were not provided with eye and face protection equipment when machines or operations present potential eye or face injury from physical, chemical, or radiation agents:

(a) This violation occurred on or about November 3, 2020, at the job-site located at 3084 Maverick Drive Heath, TX; where employees were doing decking work while using a Makita circular saw, model number 5007F, serial 2080027. Employees were not wearing safety glasses and were exposed to eye injuries.

Date By Which Violation Must be Abated:          December 16, 2020
Proposed Penalty:                                                                  $3,470.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 12 of 16                                OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1501108
**Inspection Date(s):** 11/03/2020 - 11/03/2020
**Issuance Date:** 11/19/2020



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Manuel Compean
**Inspection Site:** 3084 Maverick Drive Heath, TX  75032

---

<u>Citation 1 Item 3</u>     Type of Violation: **Serious**

29 CFR 1926.501(b)(13): Each employee engaged in residential construction activities 6 feet (1.8 m) or more above lower levels was not protected by guardrail systems, safety net systems, personal fall arrest systems, or an alternative fall protection measure under another provision of paragraph 1926.501(b), nor did the employer demonstrate that it is infeasible or creates a greater hazard to use these systems and develop and implement a fall protection plan which meets the requirements of paragraph (k) of section 1926.502:

(a) This violation occurred on or about November 3, 2020, at the job-site located at 3084 Maverick Drive Heath, TX; where employees doing decking work were exposed to fall hazards.

ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                        December 16, 2020
Proposed Penalty:                                                              $4,048.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 13 of 16                                        OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1501108
**Inspection Date(s):** 11/03/2020 - 11/03/2020
**Issuance Date:** 11/19/2020



**Citation and Notification of Penalty**

**Company Name:** Manuel Compean
**Inspection Site:** 3084 Maverick Drive Heath, TX  75032

---

<u>Citation 1 Item 4</u>    Type of Violation: **Serious**

29 CFR 1926.1053(b)(1): Portable ladders were used for access to an upper landing surface and the ladder side rails did not extend at least 3 feet (.9 m) above the upper landing surface to which the ladder was used to gain access:

(a) This violation occurred on or about November 3, 2020, at the job-site located at 3084 Maverick Drive Heath, TX; where employees doing decking work on a new build single family home and were an A frame adjustable 12-feet ladder that did not extend 3-feeet above the landing of the roof. Employees were exposed to a fall hazard.

ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                    December 16, 2020
Proposed Penalty:                                                              $4,048.00

**Basil Singh**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250

Richardson, TX 75081



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Manuel Compean /**
**Inspection Site: 3084 Maverick Drive, , Heath, TX 75032**
**Issuance Date: 11/19/2020**

**Summary of Penalties for Inspection Number:**      1501108

| | |
|---|---:|
| Citation 1 Item 1, Serious | $3,470.00 |
| Citation 1 Item 2, Serious | $3,470.00 |
| Citation 1 Item 3, Serious | $4,048.00 |
| Citation 1 Item 4, Serious | $4,048.00 |
| **TOTAL PROPOSED PENALTIES:** | **$15,036.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of

**EXHIBIT A**

Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is two percent (2%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____                    _____
**Basil Singh**                                                          Date
Area Director

**EXHIBIT A**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

Manuel Compean
2225 Crystal Drive
Balch Springs, TX 75180
**SSN:XXX-XX-7499**

**TRFM13966157**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor, Occupational Safety & Health Administration (DOL/OSHA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Manuel Compean, (DEBTOR) to DOL/OSHA.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL/OSHA based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of OSHA violations. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DOL/OSHA.

Upon completion of an investigation covering the DEBTOR's operations on November 3, 2020, DOL/OSHA issued a Citation and Notice of Penalty against the DEBTOR in the amount of $15,036.00 with an annual interest rate of 1.00% and an annual penalty rate of 6.00%, DOL/OSHA historical records the debt became delinquent on February 7, 2021. DOL/OSHA referred the delinquent debt to Treasury for collection on June 29, 2021.

On January 3, 2025, Treasury referred the debt to DOJ for litigation and collection in the principal amount due of $15,036.00. with daily interest of $0.41 and a daily penalty of $2.46. As of March 27, 2025, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $15,036.00 |
| Interest(@1.00%): | $   615.07 |
| Penalty (@6.00%): | $3,615.23 |
| Admin Fees: | $ 6,978.98 |
| **Total:** | **$26,245.28** |

1

**EXHIBIT B**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

The balance stated in the debt listed above is current as of March 27, 2025, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL/OSHA and information contained in Treasury's records.

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 3/27/25

2

**EXHIBIT B**